**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 99-21032**
**Summary Calendar**
_____

**YOLANDA BROWN,**

**Plaintiff-Appellant,**

**VERSUS**

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-98-CV-2532)
_____

June 26, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

In August 1998, Yolanda Brown ("Brown") sued her employer, Texas Department of Criminal Justice ("TDCJ"), seeking damages under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), et seq. Brown alleged that she was sexually harassed by

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

her supervisor for approximately one year and that TDCJ retaliated against her after she reported this harassment. TDCJ filed its motion for summary judgment in August 1999, contending that Brown failed to establish an "adverse employment action," that Brown failed to establish a valid hostile work environment harassment claim, and that TDCJ was entitled to the ***Ellerth***/***Faragher*** affirmative defense. The district court granted TDCJ's motion for summary judgment on October 20, 1999, and Brown timely appeals.

We have carefully reviewed the briefs, the record excerpts, and relevant portions of the summary judgment record itself. For the reasons stated by the district court in her Memorandum Opinion and Order filed under date of October 21, 1999, we AFFIRM the Final Judgment entered on the same day which granted TDCJ's motion for summary judgment and ruled that Brown take nothing by way of her suit.

**AFFIRMED.**